No. 98–1759. SMITH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–1765. CRENSHAW, AKA MAPP v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–1786. CAMACHO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 98–7878. VEAL ET AL. v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 98–7929. TATE v. WOOD, SUPERINTENDENT, WASHINGTON STATE PENITENTIARY. C. A. 9th Cir. Certiorari denied.

No. 98–7979. SHORTY v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 98–7981. POE v. UNITED STATES; and
No. 98–8017. BOYD ET AL. v. UNITED STATES. C. A. 10th Cir. Certiorari denied. Reported below: 149 F. 3d 1062.

No. 98–8203. OLDS v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 98–8226. PIKE v. TENNESSEE. Sup. Ct. Tenn. Certiorari denied.

No. 98–8262. ATKINS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 98–8278. CREECH v. IDAHO. Sup. Ct. Idaho. Certiorari denied.

No. 98–8588. SHAMBURGER v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 98–8620. KARRIEM v. DISTRICT OF COLUMBIA. Ct. App. D. C. Certiorari denied.

No. 98–8648. PRICE v. OHIO. Ct. App. Ohio, Montgomery County. Certiorari denied.

No. 98–8673. ROGERS v. CIRCUIT COURT OF MARYLAND, MONTGOMERY COUNTY, ET AL. C. A. 4th Cir. Certiorari denied.